UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLENN JACKSON On Behalf of Himself
and All Others Similarly Situated,

                Case No.: 23-cv-03526

                Plaintiff,                **NOTICE OF MOTION**

   -vs.-

BRITANNICA FLOOR COVERING, INC. and
MICHAEL KAHOUD

                Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** the memorandum of law, the declaration of Amit Kumar, Esq, dated October 9, 2025, along with all exhibits, and upon the complaint and all prior proceedings herein, plaintiff will move this Court, the Hon. Margo K. Brodie, United States District Judge, on a date and time to be determined by the Court, for an order granting the plaintiff a default judgment against the Defendants, jointly and severally, pursuant to Rule 55 of the Federal Rules of Civil Procedure together with any further relief this Court deems just, proper and equitable.

Dated: New York, New York
       October 9, 2025

                            LAW OFFICES OF WILLIAM CAFARO

                            Amit Kumar, Esq.
                            *Attorneys for Plaintiffs*
                            108 West 39th Street, Suite 602
                            New York, NY 10018
                            Tel: 212-583-7400
                            Fax: 212-583-7401
                            AKumar@CafaroEsq.com